UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>(1) RODRIGUES JACAR HALL, )<br>    a/k/a "Rizzel," )<br>    a/k/a "Jacar Rodrigues Hall," )<br>    a/k/a "Jacar Rodriques Hall" )<br>(2) CASEY THOMAS LEE, )<br>    a/k/a "Camo" )<br>(3) FAMOUS ARSENIO MASON, )<br>    a/k/a "Famo" )<br>(4) ANTONIO LAMAR STUKES, )<br>    a/k/a "TT" )<br>)<br>Defendants. ) | DOCKET NO.: 3:23-CR-95-FDW<br><br>UNDER SEAL<br>**ORDER TO SEAL THE INDICTMENT** |

UPON MOTION of the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, for an order directing that the Criminal Indictment, Affidavit, Motion to Seal and this Order be sealed, to protect the secrecy of the on-going nature of the investigation in this matter until further order of this court,

**IT IS HEREBY ORDERED** that the above-captioned case be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 19th day of April, 2023.

_____
UNITED STATES MAGISTRATE JUDGE