IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CR-095-FDW-DCK

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
| Plaintiff, | ) |  |
| v. | ) | **ORDER** |
| FAMOUS ARESNIO MASON, | ) |  |
| Defendant. | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion To Unseal Case" (Document No. 41) filed August 21, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the Government's "Motion To Unseal Case" (Document No. 41) is **GRANTED**. The Indictment, Arrest Warrant, and other accompanying documents related to the above-captioned matter are hereby **UNSEALED**.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to certify copies of this Order to the United States Attorney's Office via email to alfredo.de.la.rosa@usdoj.gov.

**SO ORDERED**.

Signed: August 21, 2023

David C. Keesler
United States Magistrate Judge