# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

**UNITED STATES OF AMERICA,**

**DOCKET NO. 3:23cr95-3**

**V.**

**ORDER**

**FAMOUS ARSENIO MASON**

---

**THIS MATTER IS BEFORE THE COURT** on United States Attorney's Motion to Dismiss Indictment (Doc#43).The Defendant passed away on June 14, 2023. A Copy of the Certification of Death is attached to the Motion.

**IT IS ORDERED**, that the United States Atttorney's Motion (Doc. No. 43) is **GRANTED.**

Signed: August 22, 2023

Frank D. Whitney
United States District Judge